931 F.2d 886
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Thomas Monique BRADDY, Jr., Petitioner-Appellant,
v.
H.L. ALLSBROOK, Superintendent, Lacy H. Thornburg, North
Carolina Attorney General, Respondents-Appellees.
 No. 90-7504.
 United States Court of Appeals, Fourth Circuit.
 Submitted April 8, 1991.
Decided April 30, 1991.
As Amended May 6, 1991.
 
 Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. Frank W. Bullock, Jr., District Judge. (CA-89-75-WS)
 Thomas Monique Braddy, Jr., appellant pro se.
 Richard Norwood League, Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, N.C., for appellees.
 M.D.N.C.
 DISMISSED.
 Before MURNAGHAN, SPROUSE and NIEMEYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Thomas Monique Braddy, Jr., seeks to appeal the district court's order refusing habeas corpus relief pursuant to 28 U.S.C. Sec. 2254. Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Braddy v. Allsbrook, CA-89-75-WS (M.D.N.C. Dec. 4, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 DISMISSED.